No. 42. ALLISON D. GIBBS, PLAINTIFF IN ERROR, *v.* ROBERT S. McDOUGALL. In error to the Supreme Court of the Philippine Islands. Submitted for plaintiff in error November 6,

1905. Decided November 13, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Schlosser* v. *Hemphill,* 198 U. S. 173. *Mr. Jno. F. Shafroth* for plaintiff in error. No appearance for defendant in error.

---

